

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of Y.G., a Juvenile

No. 06-15-00050-CV

Appeal from the 272nd District Court of Brazos County, Texas (Tr. Ct. No. 94-J-2015). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 7, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk